| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | | |
|---|---|---|
| 3 | JACOBY DERAIL HUBBARD, | Case No. 3:20-cv-00088-MMD-CLB |
| 4 | Plaintiff, | **ORDER** |
| 5 | v. | |
| 6 | HOWELL, *et al.*, | |
| 7 | Defendants. | |

**I. DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. On February 14, 2020, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 4). On February 19, 2020, the Court denied Plaintiff's application to proceed *in forma pauperis* because it was incomplete and directed Plaintiff to file a new fully complete application. (ECF No. 6). On February 21, 2020, Plaintiff filed a notice of change of address advising the Court he is now on parole. (ECF No. 10). Therefore, the Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED: March 10, 2020.

_____
UNITED STATES MAGISTRATE JUDGE